# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 20, 2018

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

156813 & (125)

CHELSEA HEALTH & WELLNESS
FOUNDATION,
        Petitioner-Appellee,

v

TOWNSHIP OF SCIO,
        Respondent-Appellee,

and

CITY OF DEXTER and DEXTER DOWNTOWN
DEVELOPMENT AUTHORITY,
        Intervening Respondents-Appellants,

and

DEPARTMENT OF TREASURY,
        Intervening Respondent-Appellee.

SC: 156813
COA: 332483
Tax Tribunal: 14-001671-TT

_____/

      On order of the Court, the motion for leave to file a brief amicus curiae is GRANTED. The application for leave to appeal the October 12, 2017 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



s0613

I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 20, 2018



Clerk